# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Danita Mitchell,

    Petitioner,

vs.

Ronald L. Chapman,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-577-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2011 Order.

    Signed: February 8, 2011

Frank G. Johns, Clerk
United States District Court